CHARLES G. RIEHL, Appellant, *v.* ARTHUR C. AUSTIN, Respondent.

*Riehl* v. *Austin,* 163 App. Div. 856, affirmed.
(Submitted May 8, 1917; decided May 22, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 22, 1914, affirming a judgment in favor of defendant entered upon a verdict. The action was brought against the defendant as indorser to recover the amount due on a promissory note for $3,000, dated May 25, 1909, made by the Architects' Standard Bronze Company, payable to its own order six months after date. Two defenses were interposed: (1) That the note had been paid, satisfied and discharged; and (2) that the defendant had been discharged from liability as indorser by the sale and surrender, without his knowledge or con-

sent, of certain collateral security for the payment of the note.

*Frederick Stewart* for appellant.

*Morris A. Hulett* and *Henderson Peck* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ. Not sitting: McLAUGHLIN, J.